926

No. 519.  SMITH v. CALIFORNIA.  Appeal from the Appellate Department of the Superior Court of California, Los Angeles County.  Probable jurisdiction noted.  *Stanley Fleishman* and *Sam Rosenwein* for appellant.  *Roger Arnebergh* and *Philip E. Grey* for appellee.

No. 518.  ATLANTIC REFINING CO. ET AL. v. PUBLIC SERVICE COMMISSION OF NEW YORK ET AL.; and

No. 536.  TENNESSEE GAS TRANSMISSION CO. v. PUBLIC SERVICE COMMISSION OF NEW YORK ET AL.  C. A. 3d Cir.  Certiorari granted.  *Charles B. Ellard* and *Bernard A. Foster, Jr.* for the Atlantic Refining Co., *Gentry Lee* and *Mr. Foster* for the Cities Service Production Co., *Gene M. Woodfin* for the Continental Oil Co., and *Robert O. Koch* and *Mr. Woodfin* for the Tidewater Oil Co., petitioners in No. 518.  *William C. Braden, Jr., Harry S. Littman* and *Jack Werner* for petitioner in No. 536.  *Kent H. Brown* for the Public Service Commission of New York, *Edward S. Kirby* for the Public Service Electric & Gas Co., and *David K. Kadane* for the Long Island Lighting Co., respondents.  Reported below: 257 F. 2d 717.

No. 540.  UNITED STATES v. SEABOARD AIR LINE RAILROAD CO.  C. A. 4th Cir.  Certiorari granted.  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.  *Eppa Hunton, IV,* and *Lewis Thomas Booker* for respondent.